ORDER

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 4 2013

David J. Bradley, Clerk of Court

| | | |
|---|---|---|
| AURELIO LONA-RAMIREZ | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL NO. B-12-103 |
| | § | (CRIMINAL NO. B-11-442) |
| | § | |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

## ORDER ADOPTING MAGISTRATE
## JUDGE'S REPORT AND RECOMMENDATION

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. The time to file objections has passed. Petitioner has filed no objections. After a *de novo* review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is, therefore, **ORDERED, ADJUDGED**, and **DECREED** that Aurelio Lona-Ramirez's § 2255 Motion (Docket Entry 1) is DENIED and his case is **DISMISSED**.

DONE at Brownsville, Texas this 24 day of May 2013.

Hilda Tagle
Senior United States District Judge